UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| KATHI JEAN BARRINGER, | ) | Case No. 1:14 CV 1239 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |


Counsel  has notified the Court that above captioned case has been settled and dismissed

with prejudice.  Parties may file any additional documentation on or before June 20, 2015.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.


       _/s/Donald C. Nugent___
       DONALD C. NUGENT
       United States District Judge


DATE: __4/24/15_____